**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 20, 2021

**Via ECF and Email**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 10/21/2021

Re: *United States v. Gregory Ramirez*, 21 CR 470 (VSB)

Dear Judge Broderick,

    I write with the consent of the government to respectfully request a very brief extension to file my sentencing submission, currently due on Friday, October 22, 2021. I am in the process of collecting letters from Mr. Ramirez' family, which will not be completed until this coming weekend. I am therefore requesting permission to file my submission on Monday, October 25, 2021. The government is not requesting an extension, and the parties remain ready to proceed with sentencing on November 5, 2021.

    Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Counsel for Gregory Ramirez
Federal Defenders of New York
(917) 890-9729

Cc:    AUSA Mitzi Steiner (via ECF)