UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                    Judgment Creditor,

            v.

GREGORY RAMIREZ,
                    Judgment Debtor.

21 CR 470-01 (VSB)

**STIPULATION AND
ORDER FOR VOLUNTARY
ASSIGNMENT OF EARNINGS**

WHEREAS, on December 7, 2021, the United States of America obtained a judgment against the judgment debtor, GREGORY RAMIREZ, in the amount of $557,110.75, for which the outstanding balance is $551,885.75, and the parties have agreed to voluntary automatic deduction of 10% per pay period from GREGORY RAMIREZ's compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that GREGORY RAMIREZ's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of GREGORY RAMIREZ's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for 21-CR-470.

Dated: May 8, 2024
       New York, New York


GREGORY RAMIREZ
Judgment Debtor


SO ORDERED:


HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

7/22/2024

DAMIAN WILLIAMS
United States Attorney


MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711